UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        THEODORE K. FLOWERS            :        Chapter 13
                                             :
              Debtor(s)                      :        Bky. No. 09-16865 ELF

# O R D E R

AND NOW, the Debtor having commenced the above bankruptcy case on September 11, 2009,

AND, the court having entered an order dated September 25, 2009, requiring the Debtor to file all required statements and schedules, including a Certification of Credit Counseling, on or before October 12, 2009,

AND, the Debtor having failed to file a Certificate of Credit Counseling by October 12, 2009 demonstrating his compliance with the requirements of 11 U.S.C. §109(h)(3)(A) and (B),

It is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. The Debtor is PROHIBITED from filing another bankruptcy case without first obtaining permission from the bankruptcy court.

Date:   October 19, 2009                     _____
                                             ERIC L. FRANK
                                             U.S. BANKRUPTCY JUDGE

cc: Theodore K. Flowers
    132 North Wayne Street
    West Chester, PA 19380